**SULAIMAN LAW GROUP, LTD.**
Bobby C. Walker (State Bar No. 321788)
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: bwalker@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. MOLINA, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL MANAGEMENT SERVICES, LP, <br><br> Defendant. | Case No. **2:22-cv-01316-JAM-JDP** <br><br> **ORDER** |

Plaintiff, RAYMOND E. MOLINA, by and through his attorneys, Sulaiman Law Group, Ltd., having filed with this Court his Motion to Extend Deadline to File Dismissal Documents and the Court having reviewed same, hereby ORDERED.

1. The Parties shall have until December 7, 2022 to file their dismissal documents.

DATED:  November 7, 2022         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE

1